IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

|  |  |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER PURSUANT TO ) <br> 18 U.S.C. §§ 2703(d), 3122, 3123 ) <br> _____ ) | Case No. 12-MJ-59 <br><br> SEALED |

## §§ 2703(d), 3122, AND 3123 ORDER

This matter comes before the Court pursuant to an application by Kevin F. Burke, an Assistant United States Attorney for the Western District of Wisconsin, for an order pursuant to Title 18, United States Code, Sections 2703(c)(1)(B) and (d), 3122, and 3123 for the production of records as described in Attachments A and B and information otherwise attainable with a pen register and trap and trace process or device; the Court finds that the applicant has provided and certified that specific and articulable facts show that reasonable grounds exist to believe that the records and information sought by the applicant are relevant and material to an ongoing criminal investigation, and that disclosure to any person of this investigation or of this application and order will assist the target in flight to avoid prosecution or seriously jeopardize the investigation.

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Sections 2703(c)(1)(B) and (d) 3122 and 3123, that: AT&T Wireless and Tracphone, and any other providers of electronic communication services or remote computing service whose assistance is needed to comply with this order, shall disclose to the Federal Bureau of Investigation the records and other information described on Attachments A and B, which

are attached to and incorporated into this order;

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall compensate the providers for such costs as are reasonably necessary and which have been directly incurred in complying with this order, as required by Title 18, United States Code, Section 2706;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code Sections 2703(d), 3122 and 3123, that AT&T Wireless and Tracphone or any other wireless or hardline telecommunication company whose assistance may facilitate the execution of the order, including any provider which transmits any communication to the target numbers, as well as their agents and employees, shall furnish to Federal Bureau of Investigation all the information, technical assistance and facilities necessary to fulfill this order.

IT IS FURTHER ORDERED pursuant to Title 18, United States Code Sections 2703(d), that AT&T Wireless and Tracphone or any other wireless or hardline telecommunication company whose assistance may facilitate the execution of the order, provide the Federal Bureau of Investigation with subscriber information, including the names, address, credit and billing information of the subscribers (published and non-published) for the telephone numbers dialing or being dialed from the cellular/wireless phones numbered 608-772-3091 and 608-509-2473, for the period of November 9, 2011 to the present and extending sixty days (60) from the date of this order.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 2705(b) and 3123(d), that AT&T Wireless and Tracphone and all other providers, together with

their agents and employees, shall not notify any other person of the existence of this Court order for a period of 6 months from the date of this order or until otherwise ordered by the Court.

Dated this 2d day of July, 2012.

STEPHEN L. CROCKER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | ) <br> SEALED <br> ) <br> Case No. 12-MJ-59 <br> ) |

## ATTACHMENT A

From November 9, 2011, to the date that the order is signed, and extending sixty (60) days from the date that the order is signed, AT&T Wireless and/or Tracphone, shall provide the records and information described below for cellular/wireless telephone number 608-772-3091.

Description and Format, if Applicable, of Records and Other Information to be Disclosed:

    a.    Subscriber name and address, billing records, and method of payment;

    b.    Cell site activation;

    c.    Numbers dialed;

    d.    Incoming numbers identified, without geographic limitations;

    e.    Call durations;

    f.    Signaling information pertaining to 608-772-3091;

    g.    A listing of all control channels and their corresponding cell sites;

    h.    Subscriber, ESN and billing information 608-772-3091 and for any other cellular/wireless telephone number that may be identified from these records, including;
(1) length of service (including start date)
(2) types of service utilized;
(3) telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and,
(4) means and source of payment for such service (including any credit card or bank account number).

    i.    An engineering map, showing all cell-site tower location by address, sector and orientations.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | SEALED <br><br> Case No. 12-MJ-59 |

## ATTACHMENT B

From November 9, 2011, to the date that the order is signed, and extending sixty (60) days from the date that the order is signed, AT&T Wireless, shall provide the records and information described below for cellular/wireless telephone number 608-509-2473.

Description and Format, if Applicable, of Records and Other Information to be Disclosed:

    a.    Subscriber name and address, billing records, and method of payment;

    b.    Cell site activation;

    c.    Numbers dialed;

    d.    Incoming numbers identified, without geographic limitations;

    e.    Call durations;

    f.    Signaling information pertaining to 608-509-2473;

    g.    A listing of all control channels and their corresponding cell sites;

    h.    Subscriber, ESN and billing information 608-509-2473 and for any other cellular/wireless telephone number that may be identified from these records, including;
(1) length of service (including start date)
(2) types of service utilized;
(3) telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and,
(4) means and source of payment for such service (including any credit card or bank account number).

    i.    An engineering map, showing all cell-site tower location by address, sector and orientations.